UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LETICIA RODRIGUEZ,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
09-CV-1949 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2009 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 15, 2009, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings to include reassessing residual functional capacity and providing appropriate rationale with specific reference to the record to support the residual functional capacity, holding a supplemental hearing, and issuing a new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings to include reassessing residual functional capacity and providing appropriate rationale with specific reference to the record to support the residual functional capacity, holding a supplemental hearing, and issuing a new decision.

Dated: Brooklyn, New York
       October 16, 2009

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court